DIETERLEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme

Court, Appellate Division, Second Department. January 21, 1910.) Action by Lena Dieterlen, as administratrix, etc., of Henry A. Dieterlen, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, without costs. Execution stayed for 30 days. See, also, 119 N. Y. Supp. 1123.

BURR, J., not voting.